UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   For Online Publication Only
TRUSTEES OF EMPIRE STATE CARPENTERS
ANNUITY, APPRENTICESHIP, LABOR-
MANAGEMENT COOPERATION, PENSION AND            **ORDER**
WELFARE FUNDS,                                                              15–CV–4170 (JMA) (ARL)

                Petitioners,

    -against-

ARBOR CONCRETE CORP.,

                Respondent.
-------------------------------------------------------------------X

**AZRACK**, **United States District Judge:**

      Before the Court is petitioners Trustees of Empire State Carpenters Annuity, Apprenticeship, Labor-Management Cooperation, Pension and Welfare Funds' unopposed petition to confirm an "Audit Order and Deficiency Award" issued against respondent Arbor Concrete Corp. on May 23, 2015 (the "Order") (Order, Pet., Ex. E, ECF No. 1.) The Order directs the respondent to: (1) submit to an audit; (2) pay for all costs relating to the audit; (3) make all "future contributions" owed to petitioners in a prompt and timely manner; and (4) to pay for all court costs incurred to enforce the Order. (Id. at 3–4.)

      On July 17, 2015, petitioners served a copy of the petition and its supporting memorandum of law on defendant via the New York Department of State's Division of Corporations, Records and Uniform Commercial Code. (Aff. of Serv., ECF No. 6.) Respondent has not responded to the petition.

      Petitioners now ask the Court to: (1) confirm the Order; (2) award petitioners $886,769.90 plus interest for unpaid contributions; and (3) award petitioners reasonable attorneys' fees and costs incurred in bringing this action. (Pet. at 6.) Because respondent has not answered the

1

petition, the Court treats the petition as an unopposed motion for summary judgment. See D.H. Blair & Co. v. Gottdiener, 462 F.3d 95, 109–10 (2d Cir. 2006).

The Court grants the petition insofar as it seeks confirmation of the Order and the specific relief ordered by the arbitrator. The Court also awards petitioners reasonable attorneys' fees and costs as follows: $360 in attorneys' fees and $475 in costs. However, the Court denies the petition to the extent it seeks an award of $886,769.90 plus interest for unpaid contributions from July 1, 2011 to December 31, 2014. Although the arbitrator found that respondent owed an estimated $886,769.90 to petitioners and captioned his decision "Audit Order and Deficiency Award," the arbitrator did not order respondent to pay that amount to petitioners. (Compare Order at 2–3 with Trustees of Empire State Carpenters Annuity, Apprenticeship, Labor-Management Cooperation, Pension and Welfare Funds, v. CMI Casework & Millwork, Inc, No. 14-cv-2891 (E.D.N.Y), Audit Order and Deficiency Award at 2–3, Epstein Decl., Ex. D, ECF No. 13.) Rather, the arbitrator appears to have determined that an award for unpaid contributions should be based on an audit of respondent. Accordingly, the Court declines to award petitioners $886,769.90.

For the foregoing reasons, the Court grants in part and denies in part the petition. The Order is confirmed. Accordingly, respondent must: (1) submit to an audit as set forth in the Order; (2) pay for all costs relating to the audit; and (3) make all future contributions to petitioners in a prompt and timely manner. Petitioners are also awarded reasonable attorneys' fees and costs totaling $835. The petition is denied in all other respects.

The Clerk of Court is directed to mail a copy of this order to respondent at the following addresses:

Arbor Concrete Corp.
Three Susan Lane
Dix Hills, New York 11746

Arbor Concrete Corp.
1371-4 Church Street
Bohemia, NY 11716

**SO ORDERED.**

Dated: November 23, 2015
   Central Islip, New York     /s/ (JMA)
                 JOAN M. AZRACK
                 UNITED STATES DISTRICT JUDGE